IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER JORDAN HALL,<br><br>Defendant. | CR 24–63–M–DLC<br><br><br><br>ORDER |

This order refers the above-captioned matter to Magistrate Judge Kathleen L. DeSoto for the purpose of conducting a change of plea hearing. The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3). *United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003). Accordingly, Judge DeSoto shall conduct a change of plea hearing, provided the parties consent. The hearing will be set by separate order from Judge DeSoto.

DATED this 6th day of November, 2024.

Dana L. Christensen, District Judge
United States District Court