IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–63–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TYLER JORDAN HALL, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 30.) Defendant Tyler Jordan Hall has been adjudged guilty as charged in the Information and has admitted to its forfeiture allegation. (Doc. 29.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. § 853.

Accordingly, IT IS ORDERED that the Motion (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that Hall's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

- KIMTEM Filling Machine;
- Metal Mixer;
- Mixer w/ power supply;
- Pill press;

1

- Golander YT25 Bottle Filler;
- Golander YT25 Bottle Filler; and
- Golander YT25 Bottle Filler.

IT IS FURTHER ORDERED that the Food and Drug Administration and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. §853(a)(1) and (2) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 29th day of January, 2025.

2

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court