IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–63–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TYLER JORDAN HALL, | |
| Defendant. | |

Before the Court is Defendant Tyler Jordan Hall's motion for leave to file more than ten character letters. (Doc. 38.) The United States does not oppose. (*Id.* at 1.) For good cause appearing,

IT IS ORDERED that the motion (Doc. 38) is GRANTED. Defendant may file more than ten but less than twenty character letters.

DATED this14th day of April, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1